claimed, at 15 percent under the provision in paragraph 718 (a), as modified by the General Agreement on Tariffs and Trade (T. D. 51802), supplemented by Presidential proclamation (T. D. 51954), for sardines, neither skinned nor boned, when packed in oil.

BEFORE THE SECOND DIVISION, JUNE 5, 1958

**No. 62046.**—Wilbur B. Driver Co. and Import Export Service of N. J. *v.* United States, protest 195431–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel rolls, ground but not polished, the same in all material respects as those the subject of Abstract 59597, the claim of the plaintiffs was sustained.

**No. 62047.**—R. H. Newmark, Inc. *v.* United States, protest 314067–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed for lack of prosecution.

**No. 62048.**—Hanover Trading Corp. *v.* United States, protest 316075–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed for lack of prosecution.

**No. 62049.**—Domenech Bros., Inc. *v* United States, protest 323830–K (New York).

Opinion by RAO, J. The evidence establishing that the cloth in question contained no cotton having a staple of one and one-eighth inches or more in length, it was held that the merchandise in question was not subject to the additional duty under said paragraph 924.

**No. 62050.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 312739–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects